■ BEATRICE SONBERT et al., Respondents, v. FLAGLER HOTEL OPERATING CO., INC., Appellant.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order

denying appellant's motion to change the place of trial from Kings County to Sullivan County, where the accident occurred, on the ground that the convenience of witnesses and the ends of justice will be promoted thereby (Civ. Prac. Act, § 187). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.